UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 14cr10314 |
| v. | : | VIOLATIONS: |
| MEL STEELE | : | 18 U.S.C. §§ 1001 & 2 - False Statements |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Making a False Statement - 18 U.S.C. § 1001)

At all times relevant to this Information:

1. The defendant, MEL STEELE, was a Boston Police Department ("BPD") police officer (hereinafter, "STEELE"), who was assigned to the BPD Youth Violence Task Force ("YVSF"), a unit within the BPD that focused on youth violence and gangs within the Boston area.

2. The Associate was a long-time friend of STEELE (hereinafter, the "Associate"), who was a member of a violent street gang known as the Academy Homes Street Gang ("AHSG"), which sold drugs in and around the Academy Homes housing development in Roxbury, MA. From at least 2009 to 2011, the Federal Bureau of Investigation (the "FBI") and the BPD were conducting an investigation into the activities of the AHSG and its members.

3. On or about September 27, 2010, at the Associate's request, STEELE, while on duty, used a BPD mobile computer to run a license plate check of a vehicle, which was later determined to be an unmarked BPD vehicle operated by another YVSF detective, who was conducting surveillance of AHSG members during September 2010.

4.  On or about December 30, 2010, unbeknownst to the FBI and his BPD superiors, STEELE – during a phone conversation with the Associate and another AHSG member – helped arrange a phone call between that AHSG member and another BPD officer working with the YVSF.

5.  On or about March 2, 2011, STEELE contacted a Massachusetts State Police Trooper (hereinafter, the "MSP Trooper") to inquire about details pertaining to the Associate's recent arrest by MSP for weapons possession. The MSP Trooper declined to provide this information.

6.  On or about May 20, 2011, in Boston, MA, during an investigation being conducted by special agents of the FBI, STEELE falsely stated to the FBI special agents that: (i) STEELE had never received license plate information from the Associate, nor had STEELE provided license plate information to the Associate; (ii) STEELE's December 30, 2010 phone conversation with the Associate and another AHSG member was for a purpose other than arranging a call between the AHSG member and another BPD officer; and (iii) in or about March 2011, STEELE may have called an MSP officer, other than the MSP Trooper, but had not inquired about any details of the Associate's earlier arrest by MSP for weapons possession.

[continued on following page]

7.      On or about May 20, 2011, in the District of Massachusetts and elsewhere, defendant

**MEL STEELE,**

in a matter within the jurisdiction of the executive branch of the Government of the United States, specifically, an investigation by the Federal Bureau of Investigation of the Academy Homes Street Gang and its members, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, as described in paragraph 6 of this Information.

All in violation of Title 18, United States Code, Section 1001(a)(2) and Title 18, United States Code, Section 2.

                           Respectfully submitted,

                           CARMEN M. ORTIZ
                           United States Attorney

By:  *s/ Dustin Chao*
       DUSTIN CHAO
       Assistant U.S. Attorney

Date: October 23, 2014